IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:12-cv-00790-BO

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PATRICIA PITTMAN, individually and as Executrix of the Estate of Hilton C. Pittman, Jr., MARTHA A. PITTMAN and ALISA J. PITTMAN, <br><br> Defendants. | **ENTRY OF DEFAULT** |

It appearing to the undersigned from the record in this action that Defendant Martha A. Pittman was served on December 28, 2012, and Defendant Alisa J. Pittman was served on January 2, 2013, and that these defendants have not answered, filed motion or otherwise defended the Complaint within the time permitted, default to the Complaint is hereby entered against Martha A. Pittman and Alisa J. Pittman, pursuant to Rule 55(a), Federal Rules of Civil Procedure.

This 12th day of April, 2013.

*[signature]*

Clerk, United States District Court
Eastern District of North Carolina